UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE BRIGGS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID FENSTERMAKER, et al.<br><br>　　　　　Defendants. | Case No.  1:23-cv-00140-JLT-SAB<br><br>ORDER DISMISSING ACTION FOR FAILURE TO OBEY COURT ORDERS AND FAILURE TO PAY FILING FEE<br><br>(Doc. 9) |

　　　　On January 30, 2023, Plaintiff Johnny Lee Briggs, a state prisoner proceeding *pro se*, filed this action. (Doc. 1.) On February 23, 2023, the Court denied Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to pay the filing fee in full within thirty days of issuance of its order. (Doc. 9.) The deadline to pay the filing fee has passed and Plaintiff has neither paid the fee nor requested additional time to do so.

　　　　Accordingly,

　　　　1.　　　The action is dismissed for Plaintiff's failure to obey court orders and failure to pay the filing fee for this action; and

　　　　2.　　　The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:  **March 31, 2023**　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1